IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WARREN B. MOORE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-352(HL) |
| ANTHONY L. BICKLEY, et al., | : | |
| Defendants. | : | |

## ORDER

Defendant Anthony L. Bickley has filed a Notice of Bankruptcy (Doc. 24), informing the Court that he has filed a petition for bankruptcy under Chapter 13. Pursuant to 11 U.S.C. § 362(a)(1), the case against Defendant Anthony Bickley is stayed.

**SO ORDERED**, this the 14th day of July, 2009.

                                              **s/Hugh Lawson**
                                              **HUGH LAWSON, Judge**

dhc